UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                         )         Case No. 7:24CV00273<br>)<br>APPROXIMATELY $94,752.52 IN U.S.      )<br>CURRENCY | |

**WARRANT OF ARREST *IN REM***

TO:   THE U.S. MARSHAL AND/OR ANY OTHER UNITED STATES OFFICER OR PERSON:

WHEREAS, on April 22, 2024, the United States filed a Verified Complaint of Forfeiture in the United States District Court for the Western District of Virginia, alleging the defendant property is subject to seizure and forfeiture as stated in the complaint; and

WHEREAS, the defendant property is currently in the possession, custody, or control of the United States; and

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) of the Supplemental Rules for Certain Admiralty or Maritime and Asset Forfeiture Claims directs the Clerk of the Court to issue an arrest warrant in rem for the arrest of the defendant property; and

WHEREAS, Supplemental Rule G(3)(c) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it;

NOW THEREFORE, you are hereby commanded to arrest the above-named defendant property by serving a copy of this warrant on the custodian in whose possession, custody, or control the property is presently found, and to use whatever means may be appropriate to protect and maintain said property until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

The Clerk of this Court shall issue and email a copy to Christy Nicklas at christy.nicklas@usdoj.gov

LAURA A. AUSTIN, CLERK OF COURT

*s/ S. Neily*
Deputy Clerk

Dated: 04/23/2024